MERCEDES DÍAZ MIRÓ VDA. DE CABALLERO, demandante y apelada, *v.* PEDRO ORCASITAS MUÑOZ, demandado y apelante.

No. 6850.—*Sometido:* Diciembre 3, 1934. *Resuelto:* Diciembre 6, 1934.

*González Fagundo & González, Jr.,* abogados del apelante; *Dubón & Ochoteco,* abogados de la apelada.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

Alega la demandante en este pleito que tiene su hogar seguro (*homestead*) en cierta finca que describe en su demanda, en la que solicita que el tribunal le reconozca un derecho o condominio por la cantidad de $500 en el valor de dicha finca o, en su defecto, que condene al demandado a pagarle dicha suma por concepto de hogar seguro. De esa demanda se tomó anotación en el Registro de la Propiedad de Caguas de acuerdo con el artículo 91 del Código de Enjuiciamiento Civil. Pidió el demandado de la corte que ordenase la cancelación de esa anotación de demanda pero la corte negó esa solicitud y contra esa resolución interpuso el demandado este recurso de apelación, cuya desestimación solicita la apelada alegando que tal resolución no es apelable.

La resolución recurrida no es apelable de acuerdo con el No. 1 del artículo 295 del Código de Enjuiciamiento Civil, que concede apelación contra sentencia definitiva pronunciada en un pleito o procedimiento especial, porque no pone término al pleito, ya que no resuelve si la demandante tiene derecho a lo que solicita en su demanda, por lo que el pleito puede continuar hasta ser visto y resuelto por sus méritos.

Tampoco es procedente esta apelación de acuerdo con el No. 3 del citado artículo, que concede apelación contra resolución que niega la anulación de un embargo, porque no se trata de un embargo, que necesita la intervención de la corte, lo mismo que para anotar preventivamente la demanda de acuerdo con la Ley Hipotecaria, pues la anotación de una demanda que autoriza el artículo 91 mencionado se practica en el registro de la propiedad con el aviso que la parte demandante da al registrador de la cuestión litigiosa. El caso de *National City Bank of New York* v. *Corte,* 47 D.P.R. 128, citado por el apelante, no tiene relación con el presente.

*La presente apelación debe ser desestimada.*